**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| REGINALD G. MOORE, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No. 00-953 (RWR/DAR) |
| | ) | |
| MICHAEL CHERTOFF | ) | |
| SECRETARY, U.S. | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME FOR**
**AGREED EXTENSION OF PERIOD FOR EXPERT DISCOVERY**
**AND DEPOSITION OF SPECIAL AGENT BAGBY**

The parties hereby jointly move for extension to February 21, 2006 of the period for expert discovery and the deposition of Special Agent Todd Bagby due to scheduling issues (including the winter holidays) and Defendant's production of additional data on December 23, 2005.

Pursuant to this Court's September 27, 2005 Order, the parties met and conferred in an attempt to resolve the discovery motions then pending before the Court. On September 30, 2005, the parties filed their Joint Status Report on Pending Discovery Motions, including an agreement to a 45-day period for expert discovery and the deposition of Special Agent Todd Bagby (in Dayton, Ohio) in exchange for Defendants' withdrawal of their Defendant's Motion to Strike Plaintiffs' Expert Reports or, in the Alternative, Motion for Extension of Time (Docket No. 200) and Plaintiffs' withdrawal of their Plaintiffs' Motion to Compel Deposition Testimony of Special Agent Todd

Bagby (Docket No. 182). On December 13, 2005, this Court entered an Order beginning the agreed 45-day period and withdrawing the referenced motions. That period currently ends January 27, 2006.

The parties now jointly seek an extension of the period to February 21, 2005 due to the inclusion of the winter holidays in the 45-day period, this Court's Order compelling Defendants to produce additional data to Plaintiffs by December 23, 2005, and the schedules of counsel, experts, and Special Agent Bagby.[1,2]

Attached hereto is a proposed order granting the requested extension.

Respectfully submitted,

| | |
|---|---|
| ____/s/_____ <br> David J. Shaffer (D.C. Bar #413484) <br> Ronald A. Schmidt (D.C. Bar #465129) <br> Garvey Schubert Barer <br> 1000 Potomac Street, N.W., 5th Floor <br> Washington, D.C. 20007-3501 <br> (202) 965-7880 | ____/s/_____ <br> Kenneth L. Wainstein (D.C. Bar # 451058) <br> United States Attorney <br><br> ____/s/_____ <br> R. Craig Lawrence (D.C. Bar #171538) <br> Assistant United States Attorney |
| ____/s/_____ <br> John P. Relman (D.C. Bar #405500) <br> Reed N. Colfax (D.C. Bar #471430) <br> Jennifer I. Klar (D.C. Bar #479629) <br> Relman & Associates PLLC <br> 1225 Nineteenth Street, N.W., Suite 600 | ____/s/_____ <br> Benton G. Peterson (WI Bar #1029849) <br> Marina Utgoff Braswell (D.C. Bar #41658) <br> Assistant United States Attorney <br> Judiciary Center Building <br> 555 4th Street, N.W. – Civil Division <br> Washington, D.C. 20530 |

---

[1] Defendant joins this Motion subject to the inclusion of the following footnote: Without knowing what Dr. Mann's additional report will consist of, Defendant cannot predict whether a response can be prepared, if necessary, and preparations made to take the depositions of these two experts, and for the parties to take the depositions, all within the time being requested. However, because defendant believes that an extension to at least February 21, 2006 is needed, defendant joins Motion. Nonetheless, Defendant reserves the right to seek a further extension of this period, once defendant has had an opportunity to review Dr. Mann's additional report.

[2] On January 20, 2006, this Court ordered additional data be produced to Plaintiffs. In addition, it appears that certain data has been omitted from Defendant's production and Plaintiffs have requested the missing data. Plaintiffs reserve the right to supplement their expert report and move for further extension of the expert discovery period after additional data is produced.

2

Washington, D.C. 20036 (202) 514-7238
(202) 728-1888

*Attorneys for Defendant*

\_\_\_\_/s/_____
E. Desmond Hogan (D.C. Bar #458044)
Deborah L. Boardman (D.C. Bar # 476869)
Sarah Berger (D.C. Bar # 489359)
Hogan & Hartson LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600

*Attorneys for Plaintiffs*

Dated: January 25, 2006