**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| REGINALD G. MOORE, *et al.* | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | )   Civ. No. 00-953 (RWR/DAR) |
|  | ) |
| MICHAEL CHERTOFF | ) |
| SECRETARY, U.S. | ) |
| DEPARTMENT OF HOMELAND | ) |
| SECURITY | ) |
|  | ) |
| Defendant. | ) |

**JOINT MOTION FOR SECOND ENLARGEMENT OF TIME FOR
AGREED EXTENSION OF PERIOD FOR DEPOSITIONS OF STATISTICAL
EXPERTS DRS. MANN AND WHITE**

The parties hereby jointly move for extension to April 28, 2006 of the period for depositions of the parties' statistical experts, Drs. Mann and White, due to the delay in Defendant's production of a supplemental expert report because of a death in the family of Defendant's expert and Plaintiffs' need for time after the production of same to prepare for Defendant's expert's deposition and if necessary, a response to the new analysis from Defendant's expert.

At its February 22, 2006 status conference, this Court granted the parties' Joint Motion for Enlargement of Time for Agreed Extension of Period for Depositions of Statistical Experts Drs. Mann and White, setting the requested deadline of March 17, 2006 for the depositions of the parties' statistical experts. Defendant has informed Plaintiffs of its intent to produce a supplemental report by Dr. White before the depositions of the parties' statistical experts, but due to a death in Dr. White's family, that

report has not yet been produced. Defendant intends to produce Dr. White's supplemental report by Wednesday, March 22, 2006. In order to allow Plaintiffs sufficient time to analyze Dr. White's supplemental report (of which Plaintiffs do not know the nature of the supplement) and respond if necessary and for the parties to find subsequent dates on which all counsel and both parties' statistical experts are available, the parties now jointly seek an extension until April 28, 2006 for the depositions of Drs. Mann and White.

        Attached hereto is a proposed order granting the requested extension.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| John P. Relman (D.C. Bar #405500) | Kenneth L. Wainstein (D.C. Bar # 451058) |
| Reed N. Colfax (D.C. Bar #471430) | United States Attorney |
| Jennifer I. Klar (D.C. Bar #479629) | |
| Relman & Associates PLLC | ____/s/_____ |
| 1225 Nineteenth Street, N.W., Suite 600 | R. Craig Lawrence (D.C. Bar #171538) |
| Washington, D.C. 20036 | Assistant United States Attorney |
| (202) 728-1888 | |
| | ____/s/_____ |
| ____/s/_____ | Benton G. Peterson (WI Bar #1029849) |
| E. Desmond Hogan (D.C. Bar #458044) | Marina Utgoff Braswell (D.C. Bar #416587) |
| Deborah L. Boardman (D.C. Bar # 476869) | Assistant United States Attorney |
| Sarah Berger (D.C. Bar # 489359) | Judiciary Center Building |
| Hogan & Hartson LLP | 555 4th Street, N.W. – Civil Division |
| 555 Thirteenth Street, N.W. | Washington, D.C. 20530 |
| Washington, D.C. 20004 | (202) 514-7238 |
| (202) 637-5600 | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |

Dated: March 17, 2006