IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINALD G. MOORE, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF ) <br> SECRETARY, U.S. ) <br> DEPARTMENT OF HOMELAND ) <br> SECURITY. ) <br> ) <br> Defendant. ) <br> ) | Civ. No. 00-953 (RWR/DAR) |

**JOINT MOTION FOR TIME TO FINISH FOLLOW-UP 30(B)(6) DEPOSITION**

The parties hereby request a short extension of the follow-up discovery period to finish the follow-up 30(b)(6) deposition that Plaintiffs began August 2, 2006 and were not able to complete before the close of business on that day.

On July 6, 2006, Magistrate Judge Robinson granted Plaintiffs' Consent Motion for Time to Conduct Follow-Up Depositions, allowing a 30-day period for Plaintiffs to complete five depositions of selectees and one 30(b)(6) deposition. Plaintiffs completed the five selectee depositions on July 11 (two depositions), 13, 20, and 21. Plaintiffs began the 30(b)(6) deposition on August 2, 2006, but were not able to complete the deposition before the close of business. The deposition took longer than expected and Plaintiffs were not able to begin the examination of the second of two 30(b)(6) deponents. As a result, the parties agreed to complete the deposition on August 24, 2006, at which time the 30(b)(6) designee and counsel for both parties are available.

The parties therefore ask this Court to allow the parties to complete the remainder of the follow-up 30(b)(6) deposition on August 24, 2006. A proposed order is attached hereto.

Respectfully submitted,

| | |
|---|---|
| /s/<br>John P. Relman (D.C. Bar #405500)<br>Colfax (D.C. Bar #471430)<br>Jennifer I. Klar (D.C. Bar #479629)<br>Relman & Associates PLLC<br>1225 Nineteenth Street, N.W., Suite 600<br>Washington, D.C. 20036<br>(202) 728-1888 | /s/<br>Kenneth L. Wainstein (D.C. Bar # 451058) Reed N.<br>United States Attorney<br><br>/s/<br>Rudolph Contreras (D.C. Bar #434122)<br>Assistant United States Attorney |
| /s/<br>E. Desmond Hogan (D.C. Bar #458044)<br>Deborah L. Boardman (D.C. Bar # 476869)<br>Sarah Berger (D.C. Bar # 489359)<br>Hogan & Hartson LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004<br>(202) 637-5600<br><br>*Attorneys for Plaintiffs*<br><br>Dated: August 7, 2006 | /s/<br>Benton G. Peterson (WI Bar #1029849)<br>Marina Utgoff Braswell (D.C. Bar #416587)<br>Assistant United States Attorney<br>Judiciary Center Building<br>555 4th Street, N.W. – Civil Division<br>Washington, D.C. 20530<br>(202) 514-7238<br><br>*Attorneys for Defendant* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REGINALD G. MOORE, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF )<br>SECRETARY, U.S. )<br>DEPARTMENT OF HOMELAND )<br>SECURITY )<br>)<br>Defendant. )<br>) | Civ. No. 00-953 (RWR/DAR) |

## **ORDER**

UPON CONSIDERATION OF the Joint Motion for Time to Finish Follow-Up 30(b)(6) Deposition, it is hereby ORDERED that the Motion is GRANTED.

_____   _____
United States Magistrate Judge                              Date

3