**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| REGINALD G. MOORE, *et al.* Plaintiffs, | ) ) ) ) | |
| v. | ) ) ) | Civ. No. 00-953 (RWR/DAR) |
| MICHAEL CHERTOFF SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY  Defendant. | ) ) ) ) ) | |

## JOINT MOTION FOR AN EXTENSION OF THE DISCOVERY PERIOD

The parties hereby request an extension of the discovery period in this case currently due to end on February 2, 2007, for the following reasons.

Discovery on the First Amended and Supplemental Class Complaint opened in May 2006, and discovery on the Second Amended and Supplemental Class Complaint, which was filed in August 2006, is ongoing. The parties have served and responded to significant written discovery, produced many thousand of pages of documents, and taken dozens depositions, and they have managed to resolve most discovery disputes without Court intervention in order to keep the discovery process moving. However, because of the large scope of relevant discovery in this matter and the time required to complete such discovery, the parties will be unable to finish discovery by February 2, 2007, notwithstanding their diligent efforts.

Accordingly, for the foregoing reasons, the parties jointly request that the following discovery schedule be implemented in this case:

(1)  Non-expert discovery will close March 16, 2007;

(2)  Plaintiffs' expert report(s) is due on or before March 30, 2007;

(3)  Defendant's expert report(s) is due within 45 days after Plaintiffs' expert report(s) are issued;

(4)  Expert witness discovery will close June 29, 2007.

With respect to plaintiffs' motion to certify the class, the parties request that the following schedule be implemented:

(1) Plaintiffs' motion to certify the class is due on June 29, 2007;

(2) Defendant's opposition is due on July 30, 2007; and

(3) Plaintiffs' reply is due within 21 days after Defendant's opposition.

Respectfully submitted,

____/s/_____  ___/s/_____
John P. Relman (D.C. Bar #405500)   Jeffrey A. Taylor (D.C. Bar # 498610)
Reed N. Colfax (D.C. Bar #471430)   United States Attorney
Jennifer I. Klar (D.C. Bar #479629)
Relman & Associates PLLC            ___/s/_____
1225 Nineteenth Street, N.W., Suite 600   Rudolph Contreras (D.C. Bar #434122)
Washington, D.C. 20036              Assistant United States Attorney
(202) 728-1888


____/s/_____  ___/s/_____
E. Desmond Hogan (D.C. Bar #458044)   Benton G. Peterson (WI Bar #1029849)
Deborah L. Boardman (D.C. Bar # 476869)   Marina Utgoff Braswell (D.C. Bar #416587)
Hogan & Hartson LLP                 Assistant United States Attorney
555 Thirteenth Street, N.W.         Judiciary Center Building
Washington, D.C. 20004              555 4th Street, N.W. – Civil Division
(202) 637-5600                      Washington, D.C. 20530
                                    (202) 514-7238

*Attorneys for Plaintiffs*            *Attorneys for Defendant*

Dated: January 29, 2007


SO ORDERED:                         _____
                                    UNITED STATES DISTRICT JUDGE

DATED:                              _____