UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINALD G. MOORE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security,<br><br>    Defendant. | Civil Action No. 00-0953<br>RWR/DAR |

## ORDER

For the reasons set forth in the Memorandum Opinion filed on this date, it is, this 17th day of December, 2008,

**ORDERED** that Plaintiffs' Motion for Sanctions (Document No. 488, Part 2) is **GRANTED**, and that the following sanctions are imposed pursuant to Rule 37 of the Federal Rules of Civil Procedure:

(1) once Plaintiffs have established a *prima facie* case of discriminatory non-promotion, Defendant may not defend any such *prima facie* case; and

(2) Defendant shall pay Plaintiffs their costs, including reasonable attorneys' fees, of drafting, filing and litigating the Motion for Sanctions.

December 17, 2008

/s/
DEBORAH A. ROBINSON
United States Magistrate Judge