# EXHIBIT

# 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| REGINALD G. MOORE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 00-953 (PLF/DAR) |
| | ) | |
| JEH C. JOHNSON, Secretary, | ) | |
| U.S. Department of Homeland Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF JENNIFER I. KLAR**

I, Jennifer I. Klar, hereby state as follows:

1.     I am over the age of eighteen and am competent to make this declaration.  I have personal knowledge of the matters set forth below.

2.     I am a partner at Relman, Dane & Colfax PLLC, and co-lead counsel in the above-captioned case.  I submit this declaration in support of Plaintiffs' Motion for an Award of Attorney's Fees and Costs.  The statements contained in this declaration are based on personal knowledge and/or review of records contemporaneously generated and kept in the ordinary course of business.

3.     This has been a vigorously contested and unusually long litigation.  At the outset, counsel conducted an extensive investigation to lay the groundwork for a class action, including gathering dozens of declarations from current and former African-American Special Agents. The case was filed in May 2000.  Since then, the case has resulted in over 800 docket entries. Plaintiffs' counsel alone submitted approximately 190 legal memoranda, including multiple rounds of briefing on dispositive motions, *Daubert* motions, and motions for class certification. Discovery involved over 50 depositions, twenty days of 30(b)(6) testimony, hundreds of

thousands of pages of produced documents, and at least 17 successful discovery motions filed by Plaintiffs.  The litigation also included appellate briefing and argument before the D.C. Circuit, and months of mediation and intense settlement negotiations.

4.     During the nearly 17 years this case has been pending, a total of five law firms have represented the class at one time or another.   Relman, Dane & Colfax PLLC has continuously represented the class since the case was filed in May 2000.  Hogan Lovells U.S. LLP (previously Hogan & Hartson) has continuously represented the class since October 2005. Between 2000 and 2001, attorneys from Thelen, Reid, & Priest, LLP represented the class along with Relman, Dane & Colfax.  In 2001, the two primary Thelen, Reid, & Priest attorneys involved in the case (David Shaffer and Ronald Schmidt) left to start Shaffer, Rapaport & Schmidt and continued their representation of the putative class from the new firm, at which point Thelen, Reid, & Priest ceased work on the case.  In 2003, the same two attorneys (David Shaffer and Ronald Schmidt) joined Garvey Schubert Barer, and Shaffer, Rapaport & Schmidt ceased work on the case.  David Shaffer and Ronald Schmidt (and all other attorneys from Garvey Schubert Barer) withdrew from representing the class in March 2006. Since that time, Relman, Dane & Colfax and Hogan Lovells have served as sole counsel for the class.

5.     Throughout the litigation, counsel has coordinated work assignments so as to best leverage the skills and expertise each firm and attorney brought to the team.  Using this approach, we were able to litigate the case efficiently while avoiding unnecessary duplication

6.     The Relman, Dane & Colfax attorneys who were principally involved in this litigation have extensive experience in complex civil rights litigation, including experience in class action lawsuits.  This expertise was critical to allowing counsel to litigate this case efficiently and effectively.

7.      I serve as co-lead counsel and have conducted or managed the day-to-day litigation of the case since 2004.  During discovery, I took and defended depositions, constructed discovery requests, prepared discovery responses, drafted deficiency letters and participated in meet and confer sessions, prepared and argued discovery motions and participated in the sixteen-day evidentiary hearing, and worked with Plaintiffs' experts.  During the class certification phase and *Daubert* motion phase, I participated in the drafting of Plaintiffs' briefs, and provided significant strategy input.  I played a similar role during the summary judgment phase and argued the motion for summary judgment on Plaintiffs' class claims.  Since settlement discussions restarted in 2016, I led the settlement negotiations for Plaintiffs and spearheaded efforts to formulate settlement terms and negotiate and finalize the settlement.  I have been the point person for communications with the class members for many years.

8.      John Relman, Managing Partner at Relman, Dane & Colfax, first became involved in this case at its inception.  Mr. Relman played a significant role at the outset of the litigation in developing the case and legal theories, taking 30(b)(6) testimony, arguing early motions, and advising on legal strategy. Later in the litigation, Mr. Relman provided strategic support at key moments and helped lead the 2010 mediation effort.

9.      Megan Cacace, a partner at Relman, Dane & Colfax, has been involved in all aspects of the litigation since she joined the team in 2009.  She played a substantial role in briefing class certification and summary judgment.  Ms. Cacace was also involved in negotiating and finalizing the settlement, and took primary responsibility for post-settlement briefing.

10.      Reed Colfax is a Relman, Dane & Colfax partner who was substantially involved in the discovery phase of the case, and played an important role in managing discovery and discovery strategy.

11.     Glenn Schlactus, another partner at Relman, Dane & Colfax, provided important insights and drafting assistance in briefing class certification both in the district court and in the D.C. Circuit.

12.     The background, relevant qualifications, and experience of the Relman, Dane & Colfax attorneys who played the most significant roles over the period of this litigation are provided in the brief biographies attached hereto as Exhibit A.

13.     Attorneys from Hogan Lovells U.S. LLP have served as counsel since 2005. These attorneys have extensive experience in complex litigation, including significant experience litigating large class actions across the country and handling appeals of class certification issues. This experience, especially in the class action context, was key to the successful litigation and management of this class action.

14.     Desmond Hogan, a partner at Hogan Lovells, has served as co-lead counsel since Hogan Lovells joined the team in 2005.  Mr. Hogan has had significant responsibility for case strategy throughout the litigation.  In addition, Mr. Hogan was heavily involved in the sixteen-day evidentiary hearing that led to sanctions against Defendant, and played a key role in the 2010 mediation and 2016 settlement negotiations.

15.     Cate Stetson, partner and co-director of Hogan Lovells's Appellate Practice Group, argued the class certification appeal in the D.C. Circuit and had significant responsibility in crafting Plaintiffs' appellate strategy.

16.     Deborah Boardman and Melissa Henke were Hogan Lovells senior associates who, along with myself, were responsible for the day-to-day litigation of the case during the discovery period.  Ms. Boardman and Ms. Henke took and defended depositions, reviewed documents, wrote discovery and prepared discovery responses, and played substantial roles in

4

litigating discovery disputes including arguing motions to compel and presenting evidence during the sixteen-day evidentiary hearing.

17.     Biographies of the Hogan Lovells attorneys who have played the most significant roles in this litigation are attached as Exhibit A.

18.     David Shaffer and Ronald Schmidt represented the class from 2000 to 2006 (during which time they worked at three different firms.).  Mr. Shaffer and Mr. Schmidt represented two other federal law enforcement agencies in similar discrimination class actions: the Federal Bureau of Investigation and the Bureau of Alcohol, Tobacco, and Firearms.  The team substantially relied on Mr. Shaffer and Mr. Schmidt's background knowledge and key experience in federal law enforcement discrimination class actions in both developing case strategy and litigating the case in individual discovery.

19.     In the early phases of the case, Mr. Shaffer was primarily responsible for case development, and overseeing the factual investigation and interviews of potential plaintiffs and class members that provided the foundation for Plaintiffs' early motions for class certification and a preliminary injunction.

20.     Mr. Schmidt played a substantial role in the day-to-day litigation of the case from its inception through individual discovery.  Mr. Schmidt was responsible for factual development.  In that role he conducted numerous interviews of current and former African-American Special Agents, helped compile dozens of declarations used throughout the case, and took key 30(b)(6) testimony.  Mr. Schmidt was also responsible for briefing in support of class certification and Plaintiffs' request for a preliminary injunction, as well as Plaintiffs' opposition to Defendant's motion to dismiss.  Once individual discovery opened in 2004, Mr. Schmidt

drafted and responded to discovery requests, took and defended depositions, worked with Plaintiffs' experts, and addressed discovery disputes.

21.     Biographies of Mr. Shaffer and Mr. Schmidt are attached here as Exhibit A.

22.     I am aware that each of the firms that served as counsel took this case on a contingency basis such that each firm's receipt of compensation for services rendered or reimbursement for expenses was wholly contingent on the outcome of the case.

23.     Each firm maintained contemporaneous records of the time spent working on this case, including a description of the discrete task performed.  These time records were contemporaneously entered into a computer database and maintained in a computer-readable format.  Upon Mr. Shaffer and Mr. Schmidt's withdrawal from the case in 2006, I was provided with the contemporaneous time records for all work performed on this case by all three firms at which they were employed (Thelen, Reid, & Priest, Shaffer, Rapaport & Schmidt, and Garvey Schubert Barer) I have preserved and maintained those records since that time and have reviewed them in preparation of Plaintiffs' Motion for an Award of Attorney's Fees and Costs.

24.     I have reviewed the time submitted by co-counsel, in addition to Relman, Dane & Colfax's time.  Through February 28, 2017, Relman, Dane & Colfax attorneys recorded 18,163.52 hours of attorney, law clerk, and paralegal time on this matter; Hogan Lovells recorded 12,660.80 hours; Thelen, Reid, & Priest recorded 8,594.36 hours; Shaffer, Rapaport & Schmidt recorded 244.20 hours; and Garvey Schubert Barer recorded 2,264.90 hours.

25.     Taken together, counsel for Plaintiffs recorded 41,927.78 hours of attorney, law clerk, and paralegal time in the prosecution of this case over the past 16 years.

26.     In addition to representing clients on a contingent basis, Relman, Dane & Colfax also has clients who pay on an hourly basis for the firm's work.  The firm maintains hourly rates

for the firm's non-contingent services.   These hourly rates are set to reflect experience and years of practice, among other things and are updated regularly.

27.     Relman, Dane & Colfax's lodestar was calculated using current hourly rates.  The current hourly rates for Relman, Dane & Colfax attorneys who worked on this matter range from $300 to $1100 for the most senior partner.  The hourly rates for law clerks and paralegals are $250, and $225, respectively.

28.     Using these rates, Relman, Dane & Colfax attorneys, law clerks, and paralegals have incurred $9,998,938.50 in lodestar fees in connection with this case.  Exhibit B identifies the timekeepers who worked on this case, their title, the hours they expended, and their hourly rate.

29.      Hogan Lovells maintains hourly billing rates that it charges to its clients.  These standard billing rates were applied in calculating Hogan Lovells's lodestar.[1]  The current hourly billing rates for Hogan Lovells employees who worked on this case range from $435 to $ 1100 for attorneys, $395 for law clerks, $215 to $365 for litigation support staff, and $235 to $295 for paralegals.

30.     Applying these current rates, Hogan Lovells incurred $7,834,774.55 in lodestar fees for work on this case.  A summary of the timekeepers who worked on this case, their title, the hours they expended, and their hourly rates is attached as Exhibit B.

31.     The three firms at which Mr. Shaffer and Mr. Schmidt worked each maintained hourly billing rates, which were provided to me with their time records at the time of Mr. Shaffer and Mr. Schmidt's withdrawal as counsel.  Thelen, Reid, & Priest charged the following hourly rates for work on this case: $145 to $550 for attorneys, $170 for law clerks; $95 to $325 for

---

[1] For former employees, the current rate for attorneys at the same position/experience level the former employee held at the time of his/her departure was applied.

litigation support; and $75 to $150 for legal assistants.  Using these rates, Thelen, Reid, & Priest's lodestar for work on this case is $1,705,961.95.  Exhibit B identifies the Thelen, Reid & Priest employees who worked on this case, their titles, rates, and hours worked.

32.     Shaffer, Rapaport & Schmidt's attorneys billed $320 to $450 per hour, and their legal assistants billed $110 per hour for work in this case, for a total lodestar of $79,197.  Exhibit B provides a summary of these hours, broken down by timekeeper, title and hourly rate.

33.     Garvey Schubert Barer's work on this case was charged at $185 to $475 for attorneys, $90 for law clerks, $155 for litigation support, and $95 to $130 for legal assistants.  The firm's total lodestar is $806,020.50.  Exhibit B identifies the timekeepers who devoted time to this case, including their titles, hours worked, and hourly rates.

34.     Plaintiffs' counsel also maintained in their computer databases contemporaneous expense records of costs incurred in the case.  These records reflect costs that were actually incurred in the course of litigating this case, such as expert fees, transcripts fees, and necessary travel costs.

35.     I have reviewed the Relman, Dane & Colfax expense records as well as those prepared by Hogan Lovells, Thelen, Reid, & Priest, Shaffer, Rapaport & Schmidt, and Garvey Schubert Barer.  The total costs incurred by Plaintiffs' counsel in litigating this case over the past nearly seventeen years is $859,049.26.  These expenses, broken down by category and firm, are identified in Exhibit C.

36.     The following table summarizes the fees, hours, and expenses reported for each firm as described above:

| Firm | Total Hours | Total Fees | Total Costs |
|---|---|---|---|
| Relman Dane & Colfax | 18,163.52 | $9,998,938.50 | $85,241.59 |
| Hogan Lovells | 12,660.80 | $7,834,774.55 | $515,951.33 |
| Thelan Reid & Priest | 8,594.36 | $1,705,961.95 | $170,356.56 |
| Shaffer Rapaport & Schmidt | 244.20 | $79,197.00 | $1,493.92 |
| Garvey Schubert Barer | 2,264.90 | $806,020.50 | $86,005.86 |
| **TOTAL:** | **41,927.78** | **$20,424,892.50** | **$859,049.26** |

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

EXECUTED WITHIN THE UNITED STATES ON:  March 13, 2017

BY: _____
Jennifer I. Klar

9

# EXHIBIT

## A

## RELMAN, DANE & COLFAX ATTORNEYS

**Jennifer Klar**

Jennifer I. Klar is a partner at Relman, Dane & Colfax.  Ms. Klar litigates employment discrimination and housing cases in federal court and has considerable experience running discovery in complex cases involving numerous parties and extensive discovery.  Ms. Klar has substantial trial experience, including experience trying multi-plaintiff housing and employment cases to successful verdicts in several federal courts.  In addition to her litigation docket, Ms. Klar is active in evolving discovery issues, including providing testimony to the Judicial Conference Advisory Committee on Civil Rules and the U.S. Senate Subcommittee on Bankruptcy and the Courts regarding proposed amendments to the Federal Rules of Civil Procedure, and participating in the Duke Law Center for Judicial Studies conferences and committees on civil procedure.

Ms. Klar was the Metropolitan Washington Employment Lawyers' Association's "Lawyer of the Year" in 2017, and was selected for inclusion in *The Best Lawyers in America* 2017 in the field of Civil Rights Law.  Ms. Klar has also twice been named a finalist for Public Justice's "Trial Lawyer of the Year," honoring her work in civil rights cases

After graduating from Harvard Law School in 2002, Ms. Klar worked as an associate at Hogan & Hartson LLP (now Hogan Lovells) and the American Civil Liberties Union, where she litigated several major civil rights actions. Ms. Klar joined Relman, Dane & Colfax in July 2004.

**John Relman**

John P. Relman is the Managing Partner of Relman, Dane & Colfax.  Throughout his career, Mr. Relman has represented classes, individual plaintiffs, cities and leading civil rights organizations in many of the country's most important civil rights cases. Mr. Relman served as

lead counsel in the well-known Denny's Restaurant class action, which resulted in a national settlement of more than $17 million. Mr. Relman has won multimillion dollar jury verdicts in landmark housing and public accommodations race discrimination cases involving the denial of basic rights and services, including *Kennedy v. City of Zanesville* ($10.8 million race discrimination jury verdict for denial of public water) and *Timus v. William J. Davis, Inc.* ($2.4 million jury verdict for housing discrimination). Mr. Relman also represented the cities of Baltimore and Memphis in ground-breaking reverse redlining cases against Wells Fargo which, in conjunction with a Justice Department investigation, resulted in settlements for those two cities, and a national settlement, of more than $200 million.

Mr. Relman has also lectured widely on civil rights issues at legal conferences in the around the country, and has conducted numerous seminars and trainings for lawyers in civil rights law, litigation, and advocacy. He is also the author of *Housing Discrimination Practice Manual*, published by the West Group.

Mr. Relman has received numerous awards and honors, including the Mildred & Richard Loving Civil Rights Award, the Washington Lawyers' Committee for Civil Rights and Urban Affairs's Wiley A. Branton Award, the Ohio Civil Rights Commission Award for Commitment and Support to Equal Opportunity in Housing, the Fair Housing Council of Greater Washington Award for Outstanding Contributions to Fair Housing in Greater Washington, the Metropolitan Milwaukee Fair Housing Council Award for Outstanding Contributions to Fair Housing in the Nation, and the Government of Montgomery County, Maryland Award for Valuable Contributions to Fair and Affordable Housing. He has repeatedly been named a "Super Lawyer," and one of America and Washington D.C.'s "Best Civil Rights Lawyers."

Prior to founding Relman, Dane & Colfax, Mr. Relman worked at the Lawyers' Committee for Civil Rights Under Law and the Washington Lawyers' Committee for Civil Rights and Urban Affairs.  Mr. Relman graduated from the University of Michigan Law School in 1983, and then served as a law clerk for the Honorable Sam J. Ervin, III of the U.S. Court of Appeals for the Fourth Circuit, and for the Honorable Joyce Hens Green of the U.S. District Court for the District of Columbia.

**Megan Cacace**

Megan Cacace is a partner at Relman, Dane & Colfax. Her practice focuses on employment discrimination and fair housing litigation.  Ms. Cacace has substantial civil rights litigation experience, including trying multi-plaintiff civil rights cases in federal court under both disparate impact and intentional discrimination theories.  Ms. Cacace has represented employment discrimination plaintiffs in all stages of litigation from the administrative process through trial, and has helped draft *amicus* briefs to the Supreme Court on key issues in civil rights and employment law.  From 2014 to 2016, Ms. Cacace also served as the Co-Chair of the D.C. Bar's Labor & Employment Section.

Ms. Cacace graduated *magna cum laude* from Harvard Law School in 2006 and clerked for the Honorable Morris E. Lasker of the U.S. District Court for the District of Massachusetts before joining the Employment Discrimination Project of the National Lawyers' Committee for Civil Rights as a recipient of Harvard Law School's Irving R. Kaufman Fellowship.  While at the Lawyers' Committee, Ms. Cacace served as trial counsel in a Title VII case tried in federal court.

**Reed Colfax**

Reed Colfax is a partner at Relman, Dane & Colfax.  Mr. Colfax litigates a wide range of civil rights cases including fair housing, employment, public accommodations, and fair lending. He has considerable trial experience and has litigated numerous civil rights cases in federal and state courts.

Mr. Colfax graduated from Yale Law School in 1996, and clerked for the Honorable Thelton Henderson of the U.S. District Court for the Northern District of California before joining the NAACP Legal Defense and Educational Fund, Inc., where he practiced employment discrimination and fair housing law.  Mr. Colfax then worked for the Washington Lawyers' Committee for Civil Rights and Urban Affairs, where he served as Director of Fair Housing.

**Glenn Schlactus**

Glenn Schlactus is a partner at Relman, Dane & Colfax.  Mr. Schlactus litigates fair lending and other discrimination cases.  Mr. Schlactus has participated in multiple complex litigations, including supervising and managing the litigation of *Mary Morgan v. Richmond School of Health and Technology, Inc.*, a class action involving a class of over 4,000 former and current students at a for-profit vocational college in the Richmond area.

He received his law degree *cum laude* from Georgetown University Law Center in 1998. Following law school, Mr. Schlactus clerked for the Honorable Patricia M. Wald of the U.S. Court of Appeals for the D.C. Circuit. Prior to joining Relman, Dane & Colfax in 2006, Mr. Schlactus litigated complex fair lending and insurance coverage cases in federal court at Skadden, Arps, Slate, Meagher & Flom LLP and Gilbert Heintz & Randolph, LLP (now known as Gilbert LLP).

## HOGAN LOVELLS ATTORNEYS

**Desmond Hogan**

Desmond Hogan is a litigation partner with more than twenty years of experience.  Mr. Hogan is the Deputy Managing Partner for Litigation (Americas) for Hogan Lovells. He focuses on major class actions, cyber litigation, commercial disputes, and governmental investigations. He represents companies in nationwide class actions in which claimed damages often exceed a billion dollars.  He has substantial MDL experience, including currently representing companies in four active MDLs comprised of hundreds of underlying cases.  Mr. Hogan also maintains a robust pro bono practice, which has included representing several people sentenced to death and securing habeas corpus and pardon/clemency relief for more than three dozen people imprisoned for crimes they did not commit.

Mr. Hogan graduated *summa cum laude* from Howard University School of Law, and clerked for the Honorable Wiley Daniel of the United States District Court for the District of Colorado.

**Cate Stetson**

Cate Stetson is co-director of Hogan Lovells's Appellate Practice Group.  Ms. Stetson handles high-stakes and complex appeals in federal and state court.  She has argued more than eighty appeals, including multiple arguments before the United States Supreme Court, in federal courts of appeals, and in several state appellate courts.  Ms. Stetson is *Chambers* rated, and has been recognized as among the *Best Lawyers in America*.

After graduating with honors from the University of Virginia in 1994, Ms. Stetson clerked for Circuit Judge David S. Tatel of the United States Court of Appeals for the D.C. Circuit, and for District Judge Stanley S. Harris of the United States District Court for the

District of Columbia

**Deborah Boardman**

Deborah Boardman was an associate at Hogan Lovells from 2001 to 2008.  While at Hogan, she focused on commercial litigation of major insurance disputes and she served for nearly two years as the firm's full-time senior associate in the community services department where she litigated matters involving criminal justice, civil rights, employment discrimination, and wrongful convictions.  Ms. Boardman left Hogan in 2008 and currently works as an assistant Federal Public Defender in Baltimore, Maryland.

Ms. Boardman graduated with honors from the University of Virginia in 2000 and clerked for the Honorable James C. Cacheris of the United States District Court for the Eastern District of Virginia.

**Melissa Henke**

Melissa Henke was an associate at Hogan Lovells from 2002 to 2007.  While at Hogan, she represented clients in a wide range of commercial litigation matters, including breach of contract and business torts, and defended against nationwide RICO and state class actions involving the healthcare field.  She also served as the senior associate in the firm's community services department, where she litigated matters involving civil rights, employment discrimination, wrongful convictions, and immigration.

Before joining Hogan in 2002, she clerked for Judge Gary Allen Feess of the United States District Court for the Central District of California.  Ms. Henke graduated with highest honors from the George Washington University Law School in 2001, and is now the Robert G. Lawson & William H. Fortune Associate Professor of Law and Director of Legal Research and Writing at the University of Kentucky School of Law.

## DAVID SHAFFER AND RONALD SCHMIDT

**David Shaffer**

David Shaffer has been practicing law for over thirty years.  Mr. Shaffer was a partner at Thelen, Reid & Priest, where he represented federal law enforcement officers in the Federal Bureau of Investigation and in the Bureau of Alcohol, Tobacco, and Firearms in employment discrimination class actions.  Mr. Shaffer later became managing partner of Shaffer, Rappaport & Schmidt, before moving to Garvey Shubert Barer as a partner.  Mr. Shaffer left Garvey Shubert Barer in 2005 and began working as an attorney for the Washington Metropolitan Area Transit Authority and is currently its Access Policy Officer.  Mr. Shaffer graduated with honors from Stanford Law School in 1983.

**Ronald Schmidt**

Ronald Schmidt has considerable experience with employment discrimination class actions.  In addition to the Secret Service, he represented agents from the Federal Bureau of Investigation, the Bureau of Alcohol, Tobacco, and Firearms, and U.S. Customs in class action discrimination lawsuits.  In addition to employment discrimination, Mr. Schmidt also litigated insurance class actions.  Like Mr. Shaffer, Mr. Schmidt worked at Thelen, Reid & Priest, Shaffer, Rappaport & Schmidt, and Garvey Shubert Barer, before retiring.

Mr. Schmidt graduated from the University of Nebraska law school in 1998 and has a Master's degree in Industrial-Organizational Psychology.

# EXHIBIT

# B

**Relman, Dane & Colfax Fees**

| Timekeeper | Position | Hours | 2017 Rate | Total Fees |
|---|---|---|---|---|
| Klar, Jennifer I. | Partner | 6,945.30 | $725.00 | $ 5,035,342.50 |
| Cacace, Megan | Partner | 1,855.88 | $700.00 | $ 1,299,116.00 |
| Relman, John P. | Partner | 763.57 | $1,100.00 | $ 839,927.00 |
| Schlactus, Glenn | Partner | 430.50 | $775.00 | $ 333,637.50 |
| Ladd, Christine | Attorney | 415.90 | $700.00 | $ 291,130.00 |
| Colfax, Reed N. | Partner | 357.20 | $775.00 | $ 276,830.00 |
| Crook, Jamie L. | Attorney | 213.90 | $650.00 | $ 139,035.00 |
| Zachariasiewicz, Jean | Attorney | 182.90 | $500.00 | $ 91,450.00 |
| Purinton, Anna | Fellow | 78.31 | $325.00 | $ 25,450.75 |
| Pagnucco, Carrie | Fellow | 66.50 | $325.00 | $ 21,612.50 |
| Hopkins, Brook | Fellow | 54.70 | $325.00 | $ 17,777.50 |
| Arandes, Laura J. | Attorney | 34.50 | $500.00 | $ 17,250.00 |
| Khandelwal, Anita | Fellow | 31.93 | $325.00 | $ 10,377.25 |
| Hahn, Mary J | Attorney | 28.71 | $650.00 | $ 18,661.50 |
| Goel, Shalini | Fellow | 27.90 | $325.00 | $ 9,067.50 |
| Westfall, Elizabeth | Attorney | 25.95 | $700.00 | $ 18,165.00 |
| Bellows, Anne | Fellow | 15.30 | $325.00 | $ 4,972.50 |
| Allen, Michael G. | Partner | 10.30 | $775.00 | $ 7,982.50 |
| Cochran, Shaylan | Fellow | 6.75 | $325.00 | $ 2,193.75 |
| Cobb, Jia M. | Attorney | 6.30 | $650.00 | $ 4,095.00 |
| Champion, Sasha S | Attorney | 5.80 | $650.00 | $ 3,770.00 |
| Drinan, Cara | Attorney | 5.50 | $650.00 | $ 3,575.00 |
| Wilmore, Sandra M. | Attorney | 5.00 | $700.00 | $ 3,500.00 |
| Downer, Ryan C. | Attorney | 4.50 | $600.00 | $ 2,700.00 |
| Chang, Scott | Attorney | 4.10 | $700.00 | $ 2,870.00 |
| Friedman, Rob | Fellow | 3.60 | $325.00 | $ 1,170.00 |
| Dane, Stephen M. | Partner | 3.10 | $825.00 | $ 2,557.50 |
| Sublett, Eric P. | Attorney | 3.00 | $600.00 | $ 1,800.00 |
| Ramchandani, Tara K. | Attorney | 2.80 | $600.00 | $ 1,680.00 |
| Hayes, Stephen F | Attorney | 2.50 | $500.00 | $ 1,250.00 |
| Satoskar, Shilpa | Attorney | 1.80 | $700.00 | $ 1,260.00 |
| Baldrate, Kelly | Attorney | 1.50 | $650.00 | $ 975.00 |
| Perez, Myrna | Fellow | 1.00 | $325.00 | $ 325.00 |
| Blower, Bradley | Attorney | 0.60 | $700.00 | $ 420.00 |
| Ficklin, Patrice Alexander | Attorney | 0.50 | $700.00 | $ 350.00 |
| Keary, Thomas J. | Attorney | 0.50 | $700.00 | $ 350.00 |
| Evans, Kelli | Attorney | 0.40 | $700.00 | $ 280.00 |
|  | Law Clerks | 1,156.11 | $250.00 | $ 289,027.50 |
|  | Paralegals | 5,408.91 | $225.00 | $ 1,217,004.75 |

| | |
|---|---|
| Total Hours | 18,163.52 |
| Total Fees | $ 9,998,938.50 |

**Hogan Lovells Fees**

| Timekeeper | Position | Hours | 2017 Rate | Total Fees |
|---|---|---|---|---|
| Henke, Melissa N. | Associate | 1,781.25 | $740.00 | $ 1,318,125.00 |
| Boardman, Deborah L. | Associate | 1,618.50 | $740.00 | $ 1,197,690.00 |
| Hogan, E. Desmond | Partner | 652.45 | $850.00 | $ 554,582.50 |
| Songer, Erica M. | Partner | 651.75 | $933.00 | $ 608,082.75 |
| Bhalotra, Chhaya Malik | Associate | 552.25 | $680.00 | $ 375,530.00 |
| Cannistra, Jennifer M. | Associate | 484.00 | $435.00 | $ 210,540.00 |
| Kurland, Abigail S. | Associate | 398.50 | $435.00 | $ 173,347.50 |
| Bayisa, Ebise | Associate | 308.75 | $545.00 | $ 168,268.75 |
| Janovitz, Brian S. | Associate | 274.75 | $680.00 | $ 186,830.00 |
| Amar, Christopher A. | Associate | 231.25 | $645.00 | $ 149,156.25 |
| Rowan, Christian M. | Associate | 204.75 | $720.00 | $ 147,420.00 |
| Logsdon, Lacey R. | Associate | 194.40 | $600.00 | $ 116,640.00 |
| Boehm, Dana Carver | Associate | 189.30 | $680.00 | $ 128,724.00 |
| Widor, Thomas J. | Associate | 164.70 | $750.00 | $ 123,525.00 |
| Rubel, Jordana S. | Associate | 136.75 | $600.00 | $ 82,050.00 |
| Feinberg, Jennifer W. | Associate | 136.50 | $740.00 | $ 101,010.00 |
| Ali, Kathryn Marshall | Associate | 130.10 | $680.00 | $ 88,468.00 |
| Berger, Sarah M. | Associate | 123.50 | $545.00 | $ 67,307.50 |
| Carpenter, Sarah S. M. | Associate | 81.50 | $645.00 | $ 52,567.50 |
| Kelly, Anna M. | Associate | 80.90 | $600.00 | $ 48,540.00 |
| Stetson, Catherine | Partner | 79.00 | $950.00 | $ 75,050.00 |
| Sinicrope, Natalie T. | Associate | 77.00 | $750.00 | $ 57,750.00 |
| Glaudemans, Marisa L. | Associate | 76.60 | $680.00 | $ 52,088.00 |
| Hedge, Ashley F. | Associate | 70.50 | $750.00 | $ 52,875.00 |
| Collen, Amy Lynn | Associate | 68.75 | $490.00 | $ 33,687.50 |
| Sevi, Michael | Associate | 67.00 | $545.00 | $ 36,515.00 |
| Pridgen, William M. | Associate | 66.75 | $750.00 | $ 50,062.50 |
| Morse, Amanda N. | Associate | 61.50 | $435.00 | $ 26,752.50 |
| Book, Elizabeth A. | Contract Atty. | 57.25 | $725.00 | $ 41,506.25 |
| Ertley, Andrew C. | Associate | 47.75 | $720.00 | $ 34,380.00 |
| Cronheim, Craig T. | Associate | 47.25 | $645.00 | $ 30,476.25 |
| Foster, David M. | Partner | 46.50 | $770.00 | $ 35,805.00 |
| Capps, Meredith A. | Associate | 43.50 | $720.00 | $ 31,320.00 |
| Dean, Sarah Elizabeth | Associate | 34.50 | $740.00 | $ 25,530.00 |
| Wimberly, Mary Helen | Counsel | 31.50 | $755.00 | $ 23,782.50 |
| Liu, Ruoweng | Associate | 30.50 | $740.00 | $ 22,570.00 |
| Acquista, Susan Nicole | Associate | 30.25 | $545.00 | $ 16,486.25 |
| Dickson, Katherine | Associate | 29.25 | $490.00 | $ 14,332.50 |
| Bakowski, Alan William | Associate | 28.50 | $435.00 | $ 12,397.50 |
| Gharapour, Jacqueline F. | Associate | 28.25 | $435.00 | $ 12,288.75 |
| Olson, Sarah L. | Associate | 28.00 | $490.00 | $ 13,720.00 |
| Nesbitt, Nathaniel H. | Associate | 27.30 | $590.00 | $ 16,107.00 |
| Whitescarver, April Kay | Associate | 27.25 | $545.00 | $ 14,851.25 |
| Holt, Allison Marie | Associate | 27.20 | $740.00 | $ 20,128.00 |

**Hogan Lovells Fees**

| Timekeeper | Position | Hours | 2017 Rate | Total Fees |
|---|---|---|---|---|
| Cope, Emily T. | Associate | 26.75 | $720.00 | $ 19,260.00 |
| Dickinson, Charles E. | Associate | 25.40 | $645.00 | $ 16,383.00 |
| Skowron, Jonathan B. | Associate | 23.45 | $600.00 | $ 14,070.00 |
| Schacter, Sarah | Associate | 22.50 | $520.00 | $ 11,700.00 |
| Brechbill, Jennifer D. | Associate | 21.80 | $680.00 | $ 14,824.00 |
| Eyink, Brian Douglas | Associate | 21.50 | $740.00 | $ 15,910.00 |
| Mcnamee, Victoria M. | Associate | 21.40 | $600.00 | $ 12,840.00 |
| Paller, Alicia J. | Associate | 20.30 | $490.00 | $ 9,947.00 |
| Khan, Farraz | Associate | 19.40 | $435.00 | $ 8,439.00 |
| Adams, Michelle D. | Associate | 18.50 | $545.00 | $ 10,082.50 |
| Farrar, Olivia M. | Associate | 17.75 | $545.00 | $ 9,673.75 |
| Carrington, Wesley V. | Associate | 17.50 | $720.00 | $ 12,600.00 |
| Bitter, Adam N. | Associate | 17.50 | $680.00 | $ 11,900.00 |
| Ceres, Charlesa L. | Associate | 17.00 | $645.00 | $ 10,965.00 |
| Flynn, Jennifer Anne | Associate | 17.00 | $545.00 | $ 9,265.00 |
| Asiyanbi, Samson O. | Associate | 16.50 | $740.00 | $ 12,210.00 |
| Dholakia, Darshak | Associate | 15.75 | $680.00 | $ 10,710.00 |
| Ravi, Deepika Hamsini | Associate | 15.70 | $600.00 | $ 9,420.00 |
| Wolf, Liana G.T. | Associate | 15.40 | $750.00 | $ 11,550.00 |
| Niazi, Shehzad | Associate | 15.00 | $600.00 | $ 9,000.00 |
| Lawson, Ashley Elizabeth | Associate | 14.75 | $545.00 | $ 8,038.75 |
| Craig, Matthew M. | Associate | 14.50 | $600.00 | $ 8,700.00 |
| Montague, Mari Calder | Associate | 14.00 | $645.00 | $ 9,030.00 |
| Um'rani, Annisah | Associate | 14.00 | $545.00 | $ 7,630.00 |
| Stanton, John S. | Partner | 13.80 | $985.00 | $ 13,593.00 |
| Granese, Nancy | Consultant | 13.50 | $838.00 | $ 11,313.00 |
| Sutton, La Toya C. | Associate | 13.00 | $545.00 | $ 7,085.00 |
| Korchin, A. Elizabeth | Associate | 12.50 | $795.00 | $ 9,937.50 |
| Murtagh, Lindsey | Associate | 12.00 | $680.00 | $ 8,160.00 |
| Mahler, Aaron C. | Associate | 11.75 | $490.00 | $ 5,757.50 |
| Dorsey, Pamela M. | Associate | 11.50 | $600.00 | $ 6,900.00 |
| Hiraldo, Ignacio J. | Associate | 11.50 | $545.00 | $ 6,267.50 |
| Berner, Kendra | Associate | 11.50 | $435.00 | $ 5,002.50 |
| Chamblee, Lauren C. | Associate | 11.25 | $720.00 | $ 8,100.00 |
| Zagaytova, Alina | Associate | 11.25 | $600.00 | $ 6,750.00 |
| Rus, Tudor N. | Associate | 11.10 | $545.00 | $ 6,049.50 |
| Sahaf, Monica N. | Associate | 10.75 | $600.00 | $ 6,450.00 |
| Woodroffe, Nicola C. | Associate | 10.25 | $545.00 | $ 5,586.25 |
| Prelogar, Elizabeth Barchas | Associate | 9.90 | $680.00 | $ 6,732.00 |
| Thompson, Jared J. | Associate | 9.70 | $490.00 | $ 4,753.00 |
| Phillips, Dirk C. | Associate | 9.50 | $680.00 | $ 6,460.00 |
| Dobbs, Ashley R. | Associate | 9.50 | $600.00 | $ 5,700.00 |
| Thurston, Elizabeth G. | Associate | 9.00 | $645.00 | $ 5,805.00 |
| Qu, Jason Z. | Associate | 8.30 | $490.00 | $ 4,067.00 |

**Hogan Lovells Fees**

| Timekeeper | Position | Hours | 2017 Rate | Total Fees |
|---|---|---|---|---|
| Bell, Michael J. | Counsel | 8.00 | $770.00 | $        6,160.00 |
| Hertzog, Erin Estey | Associate | 8.00 | $600.00 | $        4,800.00 |
| Jahn, Olivia J. | Associate | 7.60 | $545.00 | $        4,142.00 |
| Desai, Neal D. | Associate | 6.90 | $545.00 | $        3,760.50 |
| Quinn, Kelly A. | Associate | 6.60 | $600.00 | $        3,960.00 |
| Ferguson, Laura N. | Associate | 6.50 | $435.00 | $        2,827.50 |
| Gitomer, Madeline H. | Associate | 6.40 | $600.00 | $        3,840.00 |
| Long, Kathryn | Contract Atty. | 6.10 | $589.00 | $        3,592.90 |
| Strand, Brian G. | Associate | 6.00 | $590.00 | $        3,540.00 |
| Fuchs, Yuri | Associate | 5.80 | $545.00 | $        3,161.00 |
| Hoover, Craig A. | Partner | 5.70 | $975.00 | $        5,557.50 |
| Dilauro, Jaclyn L. | Associate | 5.00 | $645.00 | $        3,225.00 |
| Brannan, Patricia A. | Partner | 3.75 | $850.00 | $        3,187.50 |
| Brennan, Michael John | Associate | 3.75 | $680.00 | $        2,550.00 |
| Dunn, David | Partner | 3.00 | $1,100.00 | $        3,300.00 |
| Immelt, Stephen | Partner | 2.50 | $1,100.00 | $        2,750.00 |
| Nussbaum, William D. | Partner | 2.00 | $933.00 | $        1,866.00 |
| Lee, Jae "Jacqueline" Won | Contract Atty. | 2.00 | $685.00 | $        1,370.00 |
| Yepez, Maria V. | Associate | 2.00 | $490.00 | $            980.00 |
| Hodge, Shannon T. | Associate | 1.90 | $600.00 | $        1,140.00 |
| Ulman, Gabriel R. | Associate | 1.80 | $490.00 | $            882.00 |
| Goldsmith, Therese M. | Partner | 1.75 | $890.00 | $        1,557.50 |
| Swartzfager, Lisa K. | Associate | 1.60 | $720.00 | $        1,152.00 |
| Fedynyshyn, Frederick B. | Associate | 1.50 | $720.00 | $        1,080.00 |
| Elkiss, Elizabeth Rose | Associate | 1.50 | $490.00 | $            735.00 |
| Skelly, Paul C. | Partner | 1.00 | $895.00 | $            895.00 |
| Porter, John E. | Consultant | 0.80 | $995.00 | $            796.00 |
| Munk, Jeffrey W. | Partner | 0.80 | $933.00 | $            746.40 |
| Gbe, Harmony Roselina | Associate | 0.80 | $435.00 | $            348.00 |
| Turnbull, Albert W. | Partner | 0.75 | $780.00 | $            585.00 |
| Mcauliffe, Kathleen M. | Counsel | 0.60 | $775.00 | $            465.00 |
| Stuntz, Reid P. F. | Of Counsel | 0.50 | $758.00 | $            379.00 |
| Abram, Jonathan L. | Of Counsel | 0.40 | $790.00 | $            316.00 |
| Zacharias, Anita | Counsel | 0.25 | $865.00 | $            216.25 |
|  | Summer Associates | 72.25 | $395.00 | $      28,538.75 |
|  | Information Resource Center Staff | 60.95 | $215-$365 | $      17,715.50 |
|  | Senior Paralegals | 1,969.85 | $265-$295 | $    579,665.75 |
|  | Paralegals | 132.65 | $235.00 | $      31,172.75 |
|  | Litigation Support Analysts | 99.50 | $346.00 | $      34,427.00 |
|  | Litigation Support Program Managers | 8.70 | $345-$355 | $        3,048.50 |

**Hogan Lovells Fees**

| Timekeeper | Position | Hours | 2017 Rate | Total Fees |
|---|---|---|---|---|
| | Specialists | 10.75 | $80.00 | $        860.00 |

| | |
|---|---|
| **Total Hours** | **12,660.80** |
| **Total Fees** | **$   7,834,774.55** |

**Garvey Schubert Barer Fees**

| Timekeeper | Position | Hours | 2017 Rate | Total Fees |
|---|---|---|---|---|
| Schmidt, Ronald | Attorney | 1,276.65 | $325-$350 | $ 433,668.75 |
| Shaffer, David J | Attorney | 709.20 | $450-$475 | $ 331,525.00 |
| Hill, Kasey I. | Attorney | 23.20 | $185-$225 | $ 4,884.00 |
| Aieta, Mario | Attorney | 17.00 | $425-$450 | $ 7,612.50 |
| Carrillo, Roberto | Attorney | 11.25 | $200.00 | $ 2,250.00 |
| Hillman, Rodge | Attorney | 7.40 | $320.00 | $ 2,368.00 |
| Strauss, Gray | Attorney | 2.25 | $325.00 | $ 731.25 |
| Heller, Bruce | Attorney | 2.25 | $275.00 | $ 618.75 |
| Lambiotte, Benjamin | Attorney | 1.45 | $325.00 | $ 471.25 |
| Turnbull, Lowell D. | Attorney | 1.20 | $375.00 | $ 450.00 |
| Simon, William | Attorney | 0.60 | $380.00 | $ 228.00 |
|  | Librarian | 1.00 | $155.00 | $ 155.00 |
|  | Legal Assistants | 189.15 | $95-$130 | $ 19,051.00 |
|  | Student Clerks | 22.30 | $90.00 | $ 2,007.00 |

| | |
|---|---|
| **Total Hours** | **2,264.90** |
| **Total Fees** | **$  806,020.50** |

**Shaffer Rapaport & Schmidt Fees**

| Timekeeper | Position | Hours | 2017 Rate | Total Fees |
|---|---|---|---|---|
| Schmidt, Ronald A. | Attorney | 184.00 | $320-$355 | $      59,069.00 |
| Shaffer, David J. | Attorney | 39.60 | $450.00 | $      17,820.00 |
| Rappaport, Marc A. | Attorney | 0.20 | $320.00 | $           64.00 |
| Assistant | Assistant | 20.40 | $110.00 | $        2,244.00 |

| | |
|---|---|
| **Total Hours** | **244.20** |
| **Total Fees** | **$      79,197.00** |

**Thelan, Reid & Priest Fees**

| Timekeeper | Position | Hours | 2017 Rate | Total Fees |
|---|---|---|---|---|
| Schmidt, Ronald A. | Associate | 1,535.10 | $210-$275 | $ 381,881.50 |
| Geale, Nicholas | Associate | 916.50 | $165-$220 | $ 156,498.50 |
| Green, Gary H. II | Associate | 599.70 | $225.00 | $ 134,932.50 |
| Shaffer, David J. | Partner | 554.20 | $350-$435 | $ 220,242.50 |
| Lyvers-Griffin, Raissa | Associate | 472.00 | $245.00 | $ 115,640.00 |
| Crawley, Raphenia L. | Associate | 383.20 | $170.00 | $ 65,144.00 |
| Tahernia, Susan | Special Counsel | 314.40 | $290-$320 | $ 91,282.50 |
| Jankovic, Marko | Associate | 300.50 | $195-$215 | $ 60,187.50 |
| Aase, Susan A. | Associate | 204.80 | $180.00 | $ 36,864.00 |
| McDaniel, Dara | Contract Attorney | 191.25 | $125.00 | $ 23,906.25 |
| Esser, Karen R. | Counsel | 94.20 | $260-$330 | $ 27,951.00 |
| McGinley, Matthew S. | Associate | 71.25 | $165.00 | $ 11,756.25 |
| Hargarten, James P. | Partner | 46.75 | $390-$410 | $ 18,447.50 |
| Kaiser, Christopher P. | Associate | 40.75 | $240.00 | $ 9,780.00 |
| Kirk, William A. Jr. | Partner | 30.50 | $330.00 | $ 10,065.00 |
| Barba, Claudia E. | Associate | 30.50 | $145.00 | $ 4,422.50 |
| Hardie, Sharon | Specialist | 24.80 | $200.00 | $ 4,960.00 |
| Bartley, Edith L. | Associate | 20.85 | $170.00 | $ 3,544.50 |
| Minkes, Stephan M. | Partner | 19.25 | $455-$550 | $ 9,500.00 |
| Lowinger, Brian M. | Associate | 15.91 | $170.00 | $ 2,704.70 |
| Brightwell, Kosha R. | Associate | 14.80 | $170-$230 | $ 2,564.00 |
| Allen, Douglas F. | Counsel | 14.25 | $340-$365 | $ 4,970.00 |
| Berkoff, Barry I. | Specialist | 9.70 | $285-$325 | $ 3,086.25 |
| Kreiger, Jodi F. | Associate | 5.15 | $300.00 | $ 1,545.00 |
| Fischler, Keith | Counsel | 4.10 | $325-$340 | $ 1,343.00 |
| Honigman, Steven S. | Counsel | 2.00 | $375.00 | $ 750.00 |
| Yoviene, Wendy M. | Partner | 0.80 | $230.00 | $ 184.00 |
| Duclaux, Duane K. | Contract Attorney | 0.25 | $120.00 | $ 30.00 |
|  | Legal Assistants | 2,663.65 | $75-$150 | $ 299,582.75 |
|  | Research Librarian | 0.75 | $95.00 | $ 71.25 |
|  | Summer Associate | 12.50 | $170.00 | $ 2,125.00 |

| | |
|---|---|
| Total Hours | 8,594.36 |
| Total Fees | $ 1,705,961.95 |

# EXHIBIT

# C

**Relman, Dane & Colfax Costs**

| Cost Category | Amount |
|---|---|
| Copying/Printing | $ 36,407.40 |
| Courier | $ 2,682.13 |
| Deposition | $ 5,519.87 |
| Facsimile | $ 641.51 |
| Meals | $ 1,166.86 |
| Miscellaneous | $ 763.12 |
| Postage | $ 1,286.57 |
| Process Service | $ 1,988.09 |
| Publications | $ 217.91 |
| Research | $ 23,253.97 |
| Subpoena Fees | $ 80.00 |
| Supplies | $ 115.79 |
| Telephone | $ 2,136.10 |
| Transcripts | $ 1,261.61 |
| Travel | $ 7,121.47 |
| Witness Fees | $ 599.19 |

**Total Costs** | **$ 85,241.59**

**Hogan Lovells Costs**

| Description | Amount |
|---|---|
| Copying/Printing | $ 84,824.11 |
| Court Cost/Subpoena Fees | $ 2,640.55 |
| Depositions and Transcripts | $ 61,222.51 |
| Facsimile | $ 295.50 |
| Filing Fees | $ 651.00 |
| Meals | $ 2,887.65 |
| Messenger/Courier Services | $ 2,024.03 |
| Miscellaneous | $ 4,175.00 |
| Outside Professional Services (Experts/Mediator) | $ 298,769.01 |
| Postage | $ 168.14 |
| Publications | $ 77.80 |
| Research | $ 48,281.83 |
| Supplies | $ 119.26 |
| Telephone | $ 774.37 |
| Travel | $ 11,288.65 |
| Witness Fees | $ 901.90 |
| Word Processing | $ 2,343.75 |
| Reimbursed Expenses | $ (5,493.73) |

**Total Costs** | **$ 515,951.33**

**Garvey Schubert Barer Costs**

| Description | Amount |
|---|---|
| Air Travel | $ 916.65 |
| Computerized Legal Research | $ 9,288.80 |
| Court Reporting Fee | $ 1,671.85 |
| Deposition Fee | $ 12,598.33 |
| Expert Services Fee | $ 36,320.00 |
| Express Mail | $ 115.12 |
| Faxes | $ 88.00 |
| Filing Fee | $ 250.00 |
| Independent Messenger Service | $ 417.05 |
| In-House Photocopy | $ 6,195.70 |
| Local Transportation | $ 50.70 |
| Lodging | $ 195.00 |
| Miscellaneous | $ 174.12 |
| Out-of-Town Travel | $ 212.00 |
| Outside Photocopying | $ 2,023.95 |
| Professional Services | $ 11,370.35 |
| Service Fee | $ 240.00 |
| Telephone | $ 186.15 |
| Transcript Fee | $ 2,451.50 |
| Transportation | $ 1,240.59 |

**Total Costs**  **$ 86,005.86**

### Shaffer Rapaport & Schmidt Costs

| Description | Amount |
|---|---|
| Cab Fares | $        6.00 |
| Copying Expenses | $      151.20 |
| Fax | $       92.00 |
| FedEx | $      402.20 |
| Legal Research | $      480.67 |
| Meals | $      297.00 |
| Promotional Materials | $      393.75 |

**Total Costs** **$      1,493.92**

### Thelan, Reid & Priest Costs

| Description | Amount |
|---|---|
| Airfare | $1,073.00 |
| Business Meals | $8,587.95 |
| Computer Research | $21,174.27 |
| Copying | $6,308.04 |
| Delivery | $1,295.80 |
| Deposition and Transcript | $2,392.00 |
| Document Retrieval | $2,537.78 |
| Facsimile | $7,518.00 |
| Filing and Recording Fees | $150.00 |
| Local Travel | $7,575.54 |
| Mileage | $72.69 |
| Miscellaneous | $32,572.51 |
| Out of Town Travel - Expenses | $5,506.19 |
| Professional Fees | $26,043.26 |
| Reference Materials | $1,473.57 |
| Reproduction | $42,073.38 |
| Supplemental Staff | $2,992.50 |
| Telephone | $886.08 |
| Trial Transcript | $124.00 |

**Total Costs**  **$  170,356.56**