UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
REGINALD G. MOORE, et al.,          )
                                    )
            Plaintiffs,             )
                                    )
    v.                              )   Civil Action No. 00-0953 (PLF)
                                    )
JOHN F. KELLY, Secretary,           )
U.S. Department of Homeland Security,)
                                    )
            Defendant.              )
_____)

ORDER

Upon consideration of plaintiffs" Motion for an Award of Attorney's Fees and Costs [Dkt. 837], the supporting Declaration of Jennifer I. Klar, defendant's Response to Plaintiffs' Motion, plaintiffs' Notice Regarding Defendant's Response, and the arguments presented during the April 13, 2017 Final Fairness Hearing, and for the reasons stated in open court, it is hereby

ORDERED that plaintiffs' motion is GRANTED.  The request for $8 million in attorney's fees and $859,049.26 in costs is APPROVED.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Court

DATE:  May 3, 2017